UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKIE DAY,

      Plaintiff,

                                            Case No. 13-13336
v.                                            Hon. Gerald E. Rosen
                                            Magistrate Judge David R. Grand

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on         August 12, 2014        

PRESENT: Honorable Gerald E. Rosen
                  Chief Judge, United States District Court

On July 14, 2014, Magistrate Judge David R. Grand issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Rickie Day's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court fully concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's July 14, 2014 Report and Recommendation (docket #13) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's December 20, 2013 motion for summary judgment (docket #10) is DENIED, and that Defendant's February 20, 2014 motion for summary judgment (docket #12) is GRANTED.

                                      s/Gerald E. Rosen
                                      Chief Judge, United States District Court

Dated:  August 12, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 12, 2014, by electronic and/or ordinary mail.

                                      s/Julie Owens
                                      Case Manager, (313) 234-5135